

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00145-CV

| | | |
|---|---|---|
| Imtiaz Hussain Pirzada | § | From the 233rd District Court |
| | § | of Tarrant County (233-489884-11) |
| v. | § | April 16, 2015 |
| LaTanya Nicole Rice | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Imtiaz Hussain Pirzada shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
       Justice Lee Gabriel